# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN AND MARY THEW,**<br><br>Plaintiff,<br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Defendant. | **Case No.:** ED CV 19-313-DMG (KKx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Based upon the Parties' Joint Stipulation for Dismissal of Action with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE